

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2023

No. 04-22-00689-CR

Calvin Pierre **HOPKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10972
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 14, 2022. Appellant did not timely file the brief or a motion for extension of time to file the brief.

On December 16, 2022, we advised Appellant's counsel Patrick B. Montgomery by e-mail that the brief was overdue and inquired about its status. Counsel did not respond.

On December 21, 2022, we ordered counsel to file a motion for extension of time, a motion to dismiss, or the brief by January 3, 2023. We warned counsel that if no brief or motion was filed by that date, we would abate this appeal to the trial court for an abandonment hearing without further notice. *See* TEX. R. APP. P. 38.8(b)(2). Counsel did not respond.

Accordingly, we abated this appeal and remanded the cause to the trial court to conduct a hearing in compliance with Rule 38.8(b) to determine whether Appellant desires to prosecute his appeal and whether new appellate counsel should be appointed.

Two days before the February 9, 2023 hearing, counsel filed an *Anders* brief. Based on the hearing and given the brief had been filed, the trial court found that Appellant wants to maintain this appeal and the questions regarding replacing Patrick B. Montgomery as court-appointed appellate counsel were moot.

We REINSTATE the appellate timetable. The State's brief is due on March 9, 2023.

_____
Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2023.

_____
Michael A. Cruz,
Clerk of Court